

RECEIVED

AUG 1 8 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ENTU AUTO SERVICES, INC.<br><br>Plaintiff<br><br>v.<br><br>PICMYRIDE.BIZ, LLC D/B/A QUICKPICAUTO, TIMMY HENDRIX, AND AUBREY KING<br><br>Defendants | CIVIL ACTION NO. 6:15-cv-01183<br><br>JUDGE REBECCA F. DOHERTY<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Plaintiff ENTU Auto Services, Inc., foregoing Motion for Voluntary Dismissal of Count IV:

IT IS ORDERED that the Motion for Voluntary Dismissal of Count IV is GRANTED.

IT IS FURTHER ORDERED ENTU's claim for Louisiana False Advertising Pursuant to La.R.S. 51:411 (Count IV) be dismissed.

New Orleans, Louisiana, this 18th day of August, 2015.

REBECCA DOHERTY
UNITED STATES DISTRICT JUDGE