RECEIVED
NOV - 3 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTU AUTO SERVICES INC. | * | CIVIL NO. 6:15-1183 |
| VERSUS | * | JUDGE DOHERTY |
| PICKMYRIDE.BIZ LLC, ET AL | * | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Motion to Dismiss Counterclaims filed by plaintiff, ENTU Auto Services, Inc. [rec. doc. 29], is **DENIED AS MOOT** as to ENTU Auto Services, Inc.'s claim for attorney's fees under 15 U.S.C. § 1117(a), and **DENIED** as to defendant's counterclaim for abuse of process.

Lafayette, Louisiana, this 3 day of November, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE